Matter of Stecker v New York State Unified Ct. System-Office of Ct. Admin.

2026 NY Slip Op 02123

April 8, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Michael Stecker, petitioner/appellant,

v

New York State Unified Court System-Office of Court Administration, respondent/respondent.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 8, 2026

2023-01205 DECISION, ORDER & JUDGMENT, (Index No. 201984/22)

Betsy Barros, J.P.

Angela G. Iannacci

Helen Voutsinas

Elena Goldberg Velazquez, JJ.

Scott Lockwood, Deer Park, NY, for petitioner/appellant.

David Nocenti, New York, NY (Pedro Morales of counsel), for respondent/respondent.

[*1]

Proceeding pursuant to CPLR article 78 to review a determination of the New York State Office of Court Administration dated July 13, 2022, which proceeding was transferred to this Court pursuant to CPLR 7804(g) by order of the Supreme Court, Suffolk County (Joseph A. Santorelli, J.), dated December 19, 2022, and appeal by the petitioner from the same order. Justice Goldberg Velazquez has been substituted for former Justice Miller (see 22 NYCRR 1250.1[b]).

ORDERED that the appeal is dismissed (see CPLR 5701[b]; 7804[g]); and it is further,

ADJUDGED that the proceeding is dismissed as academic; and it is further,

ORDERED that one bill of costs is awarded to the respondent.

The proceeding has been rendered academic in light of the revised determination dated March 15, 2023, which superseded the determination dated July 13, 2022 (see Matter of Stecker v New York State Unified Ct. Sys.-Off. of Ct. Admin., ___ AD3d ___ [Appellate Division Docket No. 2024-01090; decided herewith]).

BARROS, J.P., IANNACCI, VOUTSINAS and GOLDBERG VELAZQUEZ, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court